## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

CHARLES CLAYTON                                              PETITIONER

v.                                          CIVIL ACTION NO. 3:09-CV-P295-S

UNITED STATES ARMY                                          RESPONDENT

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being

otherwise sufficiently advised, **IT IS ORDERED** that the instant petition for writ of mandamus

seeking federal review of Petitioner's mandatory supervised release (DN 1) is **DISMISSED**.

All other pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a final order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for

the reasons set forth in the Memorandum Opinion.  *See* 28 U.S.C. § 1915(a)(3).

Date:   November 19, 2009

                                         **Charles R. Simpson III, Judge**
                                         **United States District Court**

cc:     Petitioner, *pro se*
        Respondent
4411.009